UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY BELL,<br><br>      Plaintiff,<br><br>   v.<br><br>A. PAYAN, et al.,<br><br>      Defendants. | No. 2: 14-cv-0965 GEB KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

     Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  The undersigned has separately issued an order screening plaintiff's complaint filed April 18, 2014.  In this order, the undersigned found potentially cognizable plaintiff's claim that defendants Duffy and Payan improperly charged plaintiff restitution in a criminal case where no restitution was ordered.

     In the screening order, the undersigned also found that plaintiff's claims that defendants improperly processed his administrative appeals and improperly charged plaintiff two filing fees were not cognizable.  For the reasons stated in that order, the undersigned herein recommends that those claims found not cognizable be dismissed.

     Accordingly, IS HEREBY RECOMMENDED that plaintiff's claims alleging that defendants improperly processed his administrative appeals and improperly charged plaintiff two filing fees, contained in his complaint filed April 18, 2014, be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 8, 2014

Bell965.56

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2