UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY BELL,<br><br>            Plaintiff,<br><br>     v.<br><br>A. PAYAN, et al.,<br><br>            Defendants. | No.  2:14-cv-0965 GEB KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 30, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 30, 2014 are adopted in full; and

2. Plaintiff's motion to file his second amended complaint (ECF No. 25) is denied with respect to his claim alleging improper withdrawal of money to pay restitution; the motion to file the second amended complaint is granted with respect to plaintiff's claim challenging defendants' calculation of filing fee payments;

3. Defendants shall file a response to plaintiff's claim challenging defendants' calculation of filing fee payments within twenty days of the date of this order.

Dated: February 5, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge