UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY BELL,<br><br>    Plaintiff,<br><br>    v.<br><br>A. PAYAN, et al.,<br><br>    Defendants. | No. 2: 14-cv-0965 GEB KJN P<br><br><br><u>ORDER</u> |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On November 6, 2015, the court granted defendants' summary judgment motion and judgment was entered. (ECF Nos. 66, 67.) This action is now on appeal to the Ninth Circuit Court of Appeals.

On February 12, 2016, plaintiff filed a motion to amend and a proposed fifth amended complaint. (ECF Nos. 76, 78.) Because this action is on appeal to the Ninth Circuit, these pleadings are disregarded.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to amend and proposed fifth amended complaint (ECF Nos. 76, 78) are disregarded.

Dated: March 17, 2016

Bell965.app

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE